## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Patricia Kennedy

                          Plaintiff,

v.                                                  Case No.: 1:20−cv−01235
                                                       Honorable Steven C. Seeger

CHSP Lakeshore LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff failed to comply with this Court's previous Order. (Dckt. No. [15]) The Court hereby dismisses this case with prejudice but without retaining jurisdiction to enforce the settlement agreement. Mailed notice.(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.